IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | Case No. 09-00252-01-CR-W-HFS |
| RODOLFO ZAMBRANO | ) | |
| Defendant. | ) | |

**ORDER**

Motions have been filed to suppress the products of a residential search, allegedly consensual, and a statement obtained after administering Miranda warnings. (Docs. 20 and 21). After a hearing Magistrate Judge Larsen recommended denial of the motions. (Docs. 35 and 36). Defendant has not renewed his objections before me and his time to do so has expired. I have, however, reviewed the record. Defendant's motions were recommended for rejection because of credibility findings by Judge Larsen, which I believe to be sound. It is therefore ORDERED that the reports and recommendations are adopted and the motions (Docs. 20 and 21) are denied.

/s/ Howard F. Sachs
HOWARD F. SACHS
UNITED STATES DISTRICT JUDGE

April  6 , 2010

Kansas City, Missouri